**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:09-CV-039
DOC. 29
2/16/10

Sent To: JOSEPH EBBING
Street, Apt. No.; or PO Box No. 3800 PRINCETON RD
City, State, ZIP+4 HAMILTON, OH 45011

7002 3150 0000 8388 1840

PS Form 3800, June 2002       See Reverse for Instructions